IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**NASHAUNDRA JACKSON**                                                                **PLAINTIFF**

VS.                                                                         CAUSE NO. 5:23-cv-71-KS-BWR

Removed from the Circuit Court
of Claiborne County, Case No.
11CI1:23-cv-00083-THI

**PRIMERICA LIFE INSURANCE COMPANY**
**PRIMERICA FINANCIAL SERVICES, LLC**
**PRIMERICA FINANCIAL SERVICES, INC**                                **DEFENDANTS**

## NOTICE OF REMOVAL

Defendants described in the Complaint as Primerica Life Insurance Company, Primerica Financial Services, LLC and Primerica Financial Services, Inc. and, pursuant to 28 U.S.C. § 1446, give notice of removal of the above-captioned lawsuit from the Circuit Court of Claiborne County, Mississippi to the United States District Court for the Southern District of Mississippi, Western Division.[1]  As grounds for removal of this case, Defendants are citizens of states other than Mississippi and, therefore, complete diversity exists.  Removal is proper under 28 U.S.C. §§ 1332, 1441, and 1446.

## PROCEDURAL BACKGROUND

1. Plaintiff, Nashaundra Jackson, filed this civil action individually on June 16, 2023, in the Circuit Court of Claiborne County, Mississippi, against the Defendants alleging two counts: (I) Breach of Contract; and (II) Bad Faith Failure to Pay Benefits. A true and correct copy of the complaint is attached hereto as Exhibit 1.  A full and complete copy of the entire state court file is

---

[1] Please refer to paragraph 5 for the appropriate entity names.

contemporaneously filed herewith as a separate document in collective Exhibit 2. Plaintiff seeks an unspecified award of compensatory, punitive, and exemplary damages to be determined by the Court or jury.  Complaint, Prayer for Relief.

2. This case is removed to the United States District Court for the Southern District of Mississippi, Western Division, the district and division embracing the place where the state court case was filed, as required by 28 U.S.C. § 1446(a).

3. Plaintiff served Defendant Primerica Life Insurance Company with a copy of the Summons and Complaint on July 3, 2023. This Notice of Removal is filed within thirty (30) days of service and, therefore, removal is timely under 28 U.S.C. § 1446(b).

4. According to the complaint, Plaintiff is an adult resident citizen of Claiborne County, Mississippi.

5. Primerica Life Insurance Company is a Tennessee corporation with its principal place of business in the State of Georgia.  Thus, Primerica Life Insurance Company is a citizen of the states of Tennessee and Georgia.

6. Primerica Financial Services, LLC, misjoined in this action, is Nevada limited liability corporation, with its principal place of business in the State of Georgia.  Thus, Primerica Financial Services, LLC is a citizen of the states of Nevada and Georgia.

7. Primerica Financial Services, Inc., misjoined in this action and known as "Primerica Financial Services, LLC" since August 13, 2018, was a Nevada corporation, with its principal place of business in the State of Georgia.  Thus, Primerica Financial Services, Inc. was a citizen of the states of Nevada and Georgia.

8. Plaintiff alleges that, following the death of her husband, she submitted a life insurance claim that was denied.

## FACTUAL BACKGROUND

9. This case arises from an insurance coverage dispute between Nashaundra Jackson and Primerica Life Insurance Company.

10. Plaintiff alleges that on or about October 1, 2021, the Plaintiff's husband (Andrew Jackson) passed away in a tragic accident. Plaintiff requested death benefits and the claim was denied.

## BASIS FOR REMOVAL

**11. This removal is timely.**

Plaintiff served Defendants with a copy of the Summons and Complaint on July 3, 2023. This Notice of Removal is filed within 30 days of service upon Defendants, as required under 28 U.S.C. § 1446(b).

**12. This Court has federal diversity jurisdiction over this case.**

As demonstrated below, this case is removable pursuant to 28 U.S.C. § 1441(a), because this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

**13. The amount in controversy exceeds $75,000.00.**

Plaintiff's complaint does not contain a specific allegation as to the amount of its claimed damages. When the complaint does not state the amount in controversy, the defendant's notice of removal may do so. 28 U.S.C. § 1446(c)(2)(A). The defendant need only make a short and plain statement of the grounds for removal. *Dart Cherokee Basin Operating Company, LLC, et al. v. Owens*, 135 S. Ct. 547, 551 (2014) ("a statement 'short and plain' need not contain evidentiary submissions").

The amount in controversy in this matter exceeds $75,000.00, exclusive of interest and costs. This allegation regarding the amount in controversy should be accepted unless contested by the Plaintiff or questioned by the Court. *Dart,* 135 S. Ct. at 553 (pursuant to 28 U.S.C. § 1446(a),

"a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold"). Although evidence establishing the amount in controversy is not required at this stage under 28 U.S.C. § 1446(c)(2)(B), the death benefit at issue in this case is in the amount of $100,100, which is the amount of coverage on the life of the plaintiff's husband under the policy at issue. A true and correct copy of the subject policy is attached hereto as an unmarked, unlabeled exhibit.

14. **Pleadings and process.**

Copies of all of the process and pleadings served upon the Defendants in this case are contained within the attached Exhibit 1. A complete copy of the court file for Case No. 1:23-cv-00083-THI in the Circuit Court of Claiborne County, Mississippi is filed contemporaneously herewith as a separate document.

15. **Notice given.**

Notice of this removal is being filed with the Clerk of the Circuit Court of Claiborne County, Mississippi as provided by law. A copy of Defendants' Notice of Filing Notice of Removal is attached hereto as Exhibit 3.

16. If any question arises as to the propriety of the removal of this action, Defendants request the opportunity to submit a brief and present oral argument in support of their position that this case was properly removed.

17. Nothing in this Notice shall be interpreted as a waiver or relinquishment of Defendants' rights to assert any defense or affirmative matter, including any procedural or substantive defense available.

Defendants request that this Court will consider this Notice of Removal as provided by the law governing removal of cases to this Court, make the proper orders to achieve the removal of

this cause from the Circuit Court of Claiborne County, Mississippi to this Court, and make such other orders as may be appropriate to effect the preparation and filing of a true record in this cause of all proceedings that may have been had in the said Circuit Court.

    Respectfully submitted this 1st day of August, 2023.

    /s/ J. Chase Bryan
    J. Chase Bryan (MS Bar No. 9333)
    Shauncey H. Ridgeway (MS No.: 105189)

    Attorneys for Defendants Primerica Life Insurance Company, Primerica Financial Services, LLC and Primerica Financial Services, Inc

**OF COUNSEL:**

**CHRISTIAN & SMALL LLP**
603 Duling Avenue, Suite 204
Jackson, MS 39216
Telephone:   (601) 427-4050
Facsimile:   (601) 707-7913
jcbryan@csattorneys.com
shridgeway@csattorneys.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the PAMEC filing system, which will send notification of such filing to all counsel of record.

/s/ J. Chase Bryan
OF COUNSEL