**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**NASHAUNDRA JACKSON**                                                                    **PLAINTIFF**

**v.**                                                                **CIVIL ACTION NO. 5:23-cv-071-KS-BWR**

**PRIMERICA LIFE INSURANCE COMPANY**                                 **DEFENDANTS**
**PRIMERICA FINANCIAL SERVICES, LLC**
**PRIMERICA FINANCIAL SERVICES, INC.**

**ORDER OF DISMISSAL**

This cause comes before the Court *sua sponte,* per notification via electronic court filing

dated May 23, 2024, announcing that the parties have reached a compromise and settlement of all

pending claims in this matter. Accordingly, the Court being desirous of removing this matter from

its docket:

IT IS HEREBY ORDERED that all claims pending in this matter are dismissed with

prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this matter having been concluded, all motions pending

in this matter, if any, are hereby denied as moot. The Court shall retain jurisdiction for thirty days

from the date of this order being filed solely for the purpose of enforcing the parties' settlement

agreement.

SO ORDERED AND ADJUDGED this   30th   day of May 2024.


   /s/Keith Starrett
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE